

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>               Plaintiff<br><br>vs.<br><br>JAMIE ELLISON<br><br>               Defendant | CIVIL NO. 11-1114<br>(MCLAUGHLIN) |

**FILED**
AUG - 3 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

### ORDER

**AND NOW**, this 3 day of August, 2018, upon consideration of the Schedule of Distribution attached to this order, as well as prior orders of this Court granting plaintiff's Motion for Default Judgment, providing for sale of the Property located at 34 Hillside Ave Souderton, PA 18964 ("Property"), and approving and confirming the U.S. Marshal's Sale of the Property, **IT IS HEREBY ORDERED** that the Schedule of Distribution attached to this Order is APPROVED and shall be entered on the docket by Clerk and the U.S. Marshal shall distribute the proceeds of the sale of the Property in accordance with the Schedule of Distribution.

BY THE COURT:

_____ J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>              Plaintiff<br><br>vs.<br><br>JAMIE ELLISON<br><br>              Defendant | CIVIL NO. 11-1114<br>(MCLAUGHLIN) |

## A. AMENDED SCHEDULE OF DISTRIBUTION

U.S. MARSHALS SALE OF REAL ESTATE ON A MORTGAGE FORECLOSURE
UNDER A JUDGMENT FILED

Amount bid by Third Party PurchaseR.......................................... $20,100

Amount of cash received.................................................................$20,100

### TO BE DISTRIBUTED AS FOLLOWS:

Proceeds of sale to the United States Department of
Justice re: CDCS# 2011A27534......................................................$20,100

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Pennsylvania Attorney I.D. No. 315936
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532
(215) 825-6327